FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 06 2009

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:  ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )   MDL Docket No. 875
)   E.D. PA No.
This Case Relates to: )
)
PLAINTIFF NORMAN LIPKE )   NO. LR-C-91-00535
LIPKE V. AC&S, INC., ET AL )
Transferor Jurisdiction:  Arkansas )
Transferor Cause No.:  4:91-CV-00535 )
MDL 875 Cause No.:  Not Yet Assigned )
)

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, Norman Lipke, his cause of action is hereby dismissed

without prejudice as to the defendants

IT IS SO ORDERED.

_____
COURT JUDGE
Eduardo C, Robreno
DATED:  3/27/09

PREPARED BY:

/s/ Edward O. Moody_____
Edward O. Moody
EDWARD O. MOODY, P.A.
801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff